IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JORGE ALBERTO RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 310-095 |
| | ) | |
| WALT WELLS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the instant petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 7th day of January, 2011, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] In his objections, Petitioner requests that the Court preserve the instant § 2241 petition until a decision is rendered by the Eleventh Circuit in the *en banc* rehearing of Gilbert v. United States, 609 F.3d 1159 (11th Cir. 2010), *vacated*, No. 09-12513, 2010 WL 4340970 (11th Cir. Nov. 3, 2010). (Doc. no. 5, p. 3.) However, as the Magistrate Judge stated in his Report and Recommendation, Gilbert is not a Supreme Court case, and therefore cannot be used to invoke the savings clause of 28 U.S.C. § 2255, no matter the outcome of the *en banc* rehearing. Furthermore, this Court cannot predict either the outcome of Gilbert in the Eleventh Circuit rehearing nor the outcome should Gilbert be heard before the United States Supreme Court. Therefore, the Court will not preserve Petitioner's petition pending the decision of the Eleventh Circuit in Gilbert. The remainder of Petitioner's objections are without merit and are **OVERRULED**.